UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SUSAN REAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOULDER CITY,<br><br>　　　　　Defendant | Case No. 2:25-cv-01315-APG-DJA<br><br>**ORDER CONSOLIDATING CASES** |
| SUSAN REAMS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BOULDER CITY,<br><br>　　　　　Defendant | Case No. 2:25-cv-01326-GMN-MDC |

　　　These two cases come before the court on plaintiff Susan Reams' motions for clarification and to consolidate in cases 2:25-cv-01315-APG-DJA and 2:25-cv-01326-GMN-MDC.  Courts may consolidate actions that involve common questions of law or fact. Fed. R. Civ. P. 42(a).  The district court has broad discretion over whether to order consolidation, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984).  The judges to whom these actions are assigned have reviewed the motions and, exercising their discretion, the undersigned judges find that consolidation of these actions would aid in the efficient disposition of these cases.

　　　IT IS THEREFORE ORDERED that plaintiff Susan Reams' motions for clarification and to consolidate (ECF Nos. 12, 16 in 2:25-cv-01315-APG-DJA and ECF Nos. 8, 12 in 2:25-cv-01326-GMN-MDC) are GRANTED.  Case Nos. 2:25-cv-01315-APG-DJA and 2:25-cv-01326-GMN-MDC are consolidated, **with Case No. 2:25-cv-01315-APG-DJA serving as the lead case**.  All further filings in these cases shall be filed in the lead case.

IT IS FURTHER ORDERED that Case No. 2:25-cv-01326-GMN-MDC is reassigned to Judges Andrew Gordon and Daniel Albregts for all further proceedings.

DATED this 28th day of July, 2025.

_____         _____
GLORIA M. NAVARRO                                          ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE            CHIEF UNITED STATES DISTRICT JUDGE