# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SUSAN REAMS, | Case No.: 2:25-cv-01315-APG-DJA |
| Plaintiff | **Order Accepting Report and Recommendation and Dismissing Case** |
| v. | |
| BOULDER CITY, et al., | [ECF No. 27] |
| Defendants | |

On October 17, 2025, Magistrate Judge Albregts recommended that I dismiss this case without prejudice because plaintiff Susan Reams has not complied with his orders to pay the filing fee or properly complete an application to proceed in forma pauperis. ECF No. 27. For the same reasons, he recommended that all pending motions be denied as moot. *Id.* at 3. Reams did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Albregts' report and recommendation (ECF No. 27) is accepted, plaintiff Susan Reams' complaint (ECF No. 1-1) is dismissed without prejudice, and all pending motions (ECF Nos. 2, 3, 4, 5, 10, and 15) are denied without prejudice. The clerk of court is instructed to close this case.

DATED this 5th day of November, 2025.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE